FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 10 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA15-467M |
| v. Wilfredo Montero, | |
| DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for __September 16__, 2015, at __10:00__ ☒ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick, United States Magistrate Judge_, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __9/10/2015__

_____
DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1